In re Gosey, James M.D.; Butler, James M.D.; Slidell Medical Management L.L.C.; Ingram, Bay; Slidell Specialty Hospital L.P. d/b/a Southern Surgical Hospital, et al.; Thomas, Michael M.D.; Fong, Brian M.D.; Hontas, Mark M.D.; Lavin, Tom M.D.; Warden, Clark M.D.; Southern Specialty Hospital; Gregory, Irvin; Neely, Charles Philip; Finger, Simon M.D.; — Defendants); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. B, No. 05-13241; to the Court of Appeal, Fourth Circuit, No. 2006-C-0758.
Denied.